IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF THE HOPE WELLNESS MANAGEMENT, PLLC PREMISES LOCATED AT 207-A OAKDALE ROAD, JAMESTOWN, NC 27282 AND 236 LE PHILLIP COURT, CONCORD, NC 28025. | 1:22MJ7-1<br>1:22MJ8-1 |

## ORDER

The United States having moved to seal the search warrant affidavit, Attachment B to the search warrants, and the supplement to its motion in this case, and the Court being appraised of the reasons therefore, IT IS HEREBY ORDERED that the search warrant affidavit, Attachment B to the search warrants, and the supplement to this motion be sealed until further order of the Court.

The Court has inherent authority to order the sealing of search warrant materials. *See Baltimore Sun Co. v. Goetz*, 886 F.2d 60, 64 (4th Cir. 1989). On the *ex parte* showing before the Court, the Court considers that the government has made a *prima facie* showing that justifies sealing the search warrant materials and the supplement to this motion.

The search warrant affidavit, Attachment B to the search warrants, and the government's supplement to the motion to seal shall be placed under seal by the clerk.

*[signature]*
JOE L. WEBSTER
UNITED STATES MAGISTRATE JUDGE
MIDDLE DISTRICT OF NORTH CAROLINA

Date: March 2, 2022